**Marshall, Greg**

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Friday, November 16, 2018 4:00 PM
**To:** Marshall, Greg; Katherine Russell
**Cc:** Holly Shilliday; Elliott, Rebekah
**Subject:** RE: Martinez - proceeding

We will review in due course.



1435 Larimer Street, Suite 302
Denver, CO 80202

Direct: (303) 937-6540
Fax:    (303) 937-6547

vedralaw.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This transmission and any attachment is attorney privileged and confidential. Any dissemination or copying of this communication is prohibited. If you are not the intended recipient, please notify us immediately by replying and delete the message. Thank you.

**From:** Marshall, Greg [mailto:gmarshall@swlaw.com]
**Sent:** Friday, November 16, 2018 12:43 PM
**To:** Daniel J. Vedra <dan@vedralaw.com>; Katherine Russell <kate@vedralaw.com>
**Cc:** Holly Shilliday <hshilliday@mccarthyholthus.com>; Elliott, Rebekah <relliott@swlaw.com>
**Subject:** RE: Martinez - proceeding
**Importance:** High

Our proposed draft motion is attached.  Please confirm that we may sign for all parties and file.  We would like to file as soon as possible, under the circumstances.

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Monday, November 12, 2018 2:29 PM
**To:** Marshall, Greg <gmarshall@swlaw.com>; Katherine Russell <kate@vedralaw.com>
**Cc:** Holly Shilliday <hshilliday@mccarthyholthus.com>; Elliott, Rebekah <relliott@swlaw.com>
**Subject:** RE: Martinez - proceeding

We agree to extend the deadline.



1

**EXHIBIT 1**

1435 Larimer Street, Suite 302
Denver, CO 80202

Direct: (303) 937-6540
Fax:    (303) 937-6547

vedralaw.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This transmission and any attachment is attorney privileged and confidential. Any dissemination or copying of this communication is prohibited. If you are not the intended recipient, please notify us immediately by replying and delete the message. Thank you.

---

**From:** Marshall, Greg [mailto:gmarshall@swlaw.com]
**Sent:** Monday, November 12, 2018 2:28 PM
**To:** Daniel J. Vedra <dan@vedralaw.com>; Katherine Russell <kate@vedralaw.com>
**Cc:** Holly Shilliday <hshilliday@mccarthyholthus.com>; Elliott, Rebekah <relliott@swlaw.com>
**Subject:** RE: Martinez - proceeding

Dan –

I don't want to undertake the expense of drafting it unless you agree to the proposal.  Do you agree?

Greg

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Monday, November 12, 2018 2:23 PM
**To:** Marshall, Greg <gmarshall@swlaw.com>; Katherine Russell <kate@vedralaw.com>
**Cc:** Holly Shilliday <hshilliday@mccarthyholthus.com>; Elliott, Rebekah <relliott@swlaw.com>
**Subject:** RE: Martinez - proceeding

Greg,

Please send us what you propose.

Dan



1435 Larimer Street, Suite 302
Denver, CO 80202

Direct: (303) 937-6540
Fax:    (303) 937-6547

vedralaw.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This transmission and any attachment is attorney privileged and confidential. Any dissemination or copying of this communication is prohibited. If you are not the intended recipient, please notify us immediately by replying and delete the message. Thank you.

---

**From:** Marshall, Greg [mailto:gmarshall@swlaw.com]
**Sent:** Saturday, November 10, 2018 3:11 PM
**To:** Daniel Vedra <dan@vedralaw.com>; Katherine Russell <kate@vedralaw.com>
**Cc:** Holly Shilliday <hshilliday@McCarthyHolthus.com>; Elliott, Rebekah <relliott@swlaw.com>
**Subject:** Martinez - proceeding

Dan / Kate –

As you know, defendants have not answered the complaint as our motions to dismiss remain pending.  It seems to me that all parties would benefit from the certainty and clarity of a decision and answers on file before we proceed with the depositions that have been requested to date.  I suggest that we jointly move the court to extend discovery for the sole purpose of taking the depositions that have been requested until after the court rules on the pending motions and defendants have answered.  I suggest we can take these depositions within 30 days of defendants answering, and file any dispositive motions 30 days thereafter, so as not to delay the just disposition of this case.  If you agree, we will prepare the filing on behalf of all.

We will in the meantime proceed as if we have to complete these depositions within the discovery schedule, as there's a chance the court will deny the motion even if jointly made.  Thanks.

Gregory J. Marshall
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
Office: 602.382.6514
Fax: 602.382.6070
gmarshall@swlaw.com   www.swlaw.com

**Snell & Wilmer**

Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson

NOTICE: The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone (602-382-6000), and delete the original message.  Thank you.