IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:18-cv-00018-PAB-NYW**

JESSE MARTINEZ, an individual, and KAREN MARTINEZ, an individual,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE, INC., d/b/a AMERICA'S SERVICING COMPANY, N.A.; *et al*.

    Defendants.

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES**

THIS MATTER is before the Court on the Stipulated Motion to Extend Deadlines ("Stipulated Motion"). Having reviewed the Stipulated Motion and for good cause shown, the Court hereby:

ORDERS that the Stipulated Motion is GRANTED. The Court further ORDERS that the Scheduling Order (Doc. # 42) is amended to extend the discovery deadline from December 14, 2018, to February 28, 2019, for the sole purpose of finalizing document productions and completing depositions, and to extend the dispositive motion deadline from February 1, 2019, through and including March 15, 2019.

DATED: December ____ 2018.

                                                **BY THE COURT:**

                                                _____